| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | *Return Date:  December 17, 2019*<br>*Time:  10:00 a.m.* |

-----------------------------------------------------------X

In re:

                                                                                                                       Chapter 13<br>
                                                                                                                       Case No.: 19-46039-608

NORMA LOPEZ

                Debtor(s)                                                          **NOTICE OF MOTION**

-----------------------------------------------------------X

SIRS / MADAMS

       **PLEASE TAKE NOTICE**, that MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, will move before the Honorable Carla E. Craig, United States Bankruptcy Judge on the 17TH day of DECEMBER, 2019 at 10:00 a.m., at the United States Bankruptcy Court located at 271 Cadman Plaza East – Courtroom 3529, Brooklyn, New York, 11201, for an Order pursuant to 11 U.S.C. §§§ 109(g), 521, & 1307(c), dismissing this case <u>with</u> <u>prejudice</u>, prohibiting the debtor(s) from filing another petition under Chapter 13 or converting a Chapter 7 to Chapter 13 for a period of one (1), by reason of the debtor(s)' failure to submit monthly pre-confirmation payments, failure to provide and/or file documents, failure to appear at §341 meeting of creditors, and for such other and further relief as this Court deems just and proper.

       **PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, shall be filed with the Court and served upon the undersigned no later than seven (7) days prior to the return date of this motion.

Dated:  Islandia, New York  
           November 22, 2019

Yours, etc.

MICHAEL J. MACCO  
Chapter 13 Trustee  
2950 Express Drive South, Suite 109  
Islandia, NY   11749  
(631) 549-7900

*To:*    *Office of the United States Trustee*  
        *NORMA LOPEZ , Pro-Se Debtor(s)*  
         *All Interested Parties and Creditors*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X      **tmm1634**
In re:

                  Chapter 13
                  CaseNo.:19-46039-608

NORMA LOPEZ


     Debtor(s)        **APPLICATION**
---------------------------------------------------------X
TO THE HONORABLE CARLA E. CRAIG, UNITED STATES BANKRUPTCY JUDGE:

MICHAEL J. MACCO, Chapter 13 Trustee in the above captioned estate, respectfully represents as follows:

  1. The debtor(s) filed a Chapter 13 petition under the provisions of 11 U.S.C. on, October 4, 2019, and thereafter MICHAEL J. MACCO was duly appointed and has qualified as Trustee.

  2. Upon information and belief, this is the fifth petition for relief filed by the debtor(s), under Chapter 13, dating back to March 9, 2017.

  3. The first petition was filed by the debtor(s) under case number 1-17-41122-608, on March 9, 2017. The debtor(s) chapter 13 case was automatically dismissed by the court on April 24, 2017. The second petition was filed by the debtor(s) under case number 1-17-45171-608, on October 5, 2017. The debtor(s) chapter 7 case was automatically dismissed by the court on November 20, 2017. The third petition was filed by the debtor(s) under case number 1-18-40613-608, on February 1, 2018. The debtor(s) chapter 13 case was dismissed with prejudice upon the application of the Trustee on April 27, 2018. The fourth petition was filed by the debtor(s) under case number 1-19-41649-608, on March 21, 2019. The debtor(s) chapter 7 case was automatically dismissed by the court on May 6, 2019.

  4. As of the date of this motion, the debtor(s) has failed to submit any monthly pre-confirmation payments to the Trustee.

  5. In addition, as of this date the debtor(s) has failed to file and/or provide to the Trustee, a Chapter 13 Plan; Certificate of Credit Counseling; Statement of Financial Affairs; Statement of Current Monthly Income and Means Test; complete set of schedules; copies of pay statements from employer for sixty (60) day period preceding filing, within the fifteen (15) day period required under the Bankruptcy Code.

  6. Furthermore, as of this date the debtor has failed to provide the Trustee with copies of previous year's State and Federal Tax Returns; all filings required under Section 521; and all mandatory disclosure documentation as set forth in Local Bankruptcy Rule 2003-1.

  7. Moreover, the debtor failed to appear and or be examined the initial §341 meeting of creditors, held on November 20, 2019 at 10:15 a.m.

  8. This appears to be nothing more than another filing for the sole purpose of obtaining the rights and benefits of the Automatic Stay, as provided in 11 U.S.C. §362.

  9. This is a material default and is prejudicial to the rights of the creditors of the debtor(s).

**WHEREFORE**, the Trustee requests an Order pursuant to the provisions of 11 U.S.C. §§§ 109(g), 521, & 1307(c), dismissing this case with prejudice, prohibiting the debtor(s) from filing another petition under Chapter 13 or converting a Chapter 7 to Chapter 13 for a period of one (1) year, and for such other and further relief as this Court deems just and proper.

Dated: Islandia, New York
       November 22, 2019

                                 */s/ Michael J. Macco*
                                 Michael J. Macco, Chapter 13 Trustee
                                 2950 Express Drive South, Suite 109
                                 Islandia, NY   11749
                                 (631) 549-7900

STATE OF NEW YORK       )
COUNTY OF SUFFOLK       )   ss.:

SHAMUS MROTZEK, being duly sworn deposes and says: deponent is not a party to this action, is over 18 years of age and resides in Suffolk County, New York.

On November 22, 2019 deponent served the within:

**NOTICE OF MOTION AND APPLICATION**

upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

*Norma Lopez*
*53-00 65 Place*
*Maspeth, NY 11378*
*Pro Se Debtor(s)*

*Atlas Acquisitions LLC*
*Attn: Avi Schild*
*President*
*294 Union St.*
*Hackensack, NJ 07601*

and upon the following parties, by the e-mail address designated by said parties for that purpose;

*Office of the United States Trustee*
*U.S. Federal Office Building*
*USTP.Region02.BR.TFRTDR@usdoj.gov*


                                                            */s/ Shamus Mrotzek*
                                                            SHAMUS MROTZEK

Sworn to before me this
22nd day of NOVEMBER, 2019


*/s/ Janine M. Zarrilli*
NOTARY PUBLIC
Janine M. Zarrilli
Notary Public, State of New York
No. 01ZA5084708
Qualified in Nassau County
Commission Expires September 8, 2021